```
1   KAEMPFER CROWELL
    Peter C. Bernard, No. 734
2   Robert McCoy, No. 9121
    Ellsie E. Lucero, No. 15272
3   1980 Festival Plaza Drive, Suite 650
    Las Vegas, Nevada 89135
4   Telephone: (702) 792-7000
    Facsimile: (702) 796-7181
5   Email: pbernard@kcnvlaw.com
    Email: rmccoy@kcnvlaw.com
6   Email: elucero@kcnvlaw.com

7   Attorneys for Plaintiff METEJEMEI, LLC
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| METEJEMEI, LLC, an Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MONEYTREE, INC., a Washington corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive;<br><br>Defendant(s). | Case No. 2:21-cv-00249-JCM-VCF<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST TO REMOVE FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that Bryan M. Viellion is no longer associated with Kaempfer Crowell and may be removed from the service list for this matter. Kaempfer Crowell and Peter C. Bernard and Robert McCoy remain as counsel for METEJEMEI, LLC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

KAEMPFER CROWELL

*[signature]*

Peter C. Bernard, No. 734
Robert McCoy, No. 9121
Ellsie E. Lucero, No. 15272
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Plaintiff METEJEMEI, LLC

IT IS SO ORDERED.

*[signature]*
_____
Cam Ferenbach
United States Magistrate Judge

Dated: 8-10-2021 _____

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell and that service of the **NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST TO REMOVE FROM ELECTRONIC SERVICE LIST** was made on today's date by submitting electronically for filing and service with the United States District Court for the District of Nevada through the CM/ECF Electronic Filing System to the addressee(s) shown below:

Joel E. Tasca, No. 14124
BALLARD SPAHR
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
tasca@ballardspahr.com
kime@ballardspahr.com

Attorney for Defendant
Moneytree, Inc.

DATED August 9, 2021

_____
Desiree Staggs
An employee of Kaempfer Crowell