1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Ballard Spahr LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
4  Facsimile:  (702) 471-7070
   tasca@ballardspahr.com
5
   *Attorneys for Defendant
6  Moneytree, Inc.*

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF NEVADA

9
   METEJEMEI, LLC, a Nevada limited           Case No.:  2:21-cv-00249-JCM-VCF
10 liability company,
                                              **ORDER GRANTING STIPULATION TO
11                                            EXTEND CASE MANAGEMENT
                      Plaintiff,              DEADLINES (FIRST REQUEST)**
12
   vs.
13
   MONEYTREE, INC., a Washington
14 corporation; DOES I through X, inclusive;
   and ROE BUSINESS ENTITIES I through
15 X, inclusive;
16
                      Defendants.
17

18                               **ORDER**
19
        The Court has reviewed the parties' Stipulation and finds good cause for the
20
   extension of the case management deadlines pursuant the LR 26-3. Accordingly, IT IS
21
   ORDERED that pursuant to the Stipulation of the parties, the Court is extending the
22
   below deadlines as follows:
23

24

25

26

27

28

                                       1

|  | Present Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | September 1, 2021 | September 22, 2021 |
| Dispositive Motions | October 1, 2021 | October 22, 2021 |
| ~~Pretrial Disclosures/Order~~ | November 1, 2021 | November 22, 2021 |
| Joint Pretrial Order |  | December 22, 2021 |

If dispositive motions are filed, the deadline ~~for filing the~~ joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-1-2021 _____

2