KAEMPFER CROWELL
Peter C. Bernhard, No. 734
Robert McCoy, No. 9121
Ellsie E. Lucero, No. 15272
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: pbernhard@kcnvlaw.com
Email: rmccoy@kcnvlaw.com
Email: elucero@kcnvlaw.com

Attorneys for Plaintiff METEJEMEI, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| METEJEMEI, LLC, an Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MONEYTREE, INC., a Washington corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive;<br><br>Defendant(s). | Case No. 2:21-cv-00249-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Plaintiff METEJEMEI, LLC ("METEJEMEI") and defendant Moneytree, Inc. ("Moneytree") stipulate to extend the discovery deadline for an additional 30 days to complete the depositions 30(b)(6) depositions of the parties, pursuant to Fed. R. Civ. P. 26 as follows:

**I.     DISCOVERY COMPLETED**

1. A Scheduling Order was issued y the Court on March 23, 2021 under ECF No. 13.

      2.      METEJEMEI made its initial disclosures on April 1, 2021 and supplemented those disclosures on September 21, 2021.

      3.      Moneytree made its initial disclosures on March 22, 2021.

      4.      METEJEMEI propounded a first set of document requests to Moneytree on July 21, 2021, to which Moneytree responded on August 30, 2021.

      5.      METEJEMEI propounded a first set of interrogatories to Moneytree on July 28, 2021, to which Plaintiff responded on August 27, 2021.

      6.      Moneytree propounded a first set of document requests to METEJEMEI on July 30, 2021, to which METEJEMEI responded on September 7, 2021.

      7.      Moneytree propounded a first set of interrogatories to METEJEMEI on July 30, 2021, to which METEJEMEI responded on September 7, 2021.

## II.  DISCOVERY REMAINING

      1.      Deposition of the 30(b)(6) Representative for METEJEMEI is scheduled to take place September 28, 2021.

      2.      Deposition of the 30(b)(6) Representative for Moneytree is set for rescheduling due to a COVID-19 quarantine issue.

## III.  REASONS WHY DISCOVERY CANNOT BE COMPLETED

The deposition of METEJEMEI's 30(b)(6) representative was delayed due to a medical procedure. The deposition is now rescheduled for September 28, 2021. The deposition of Moneytree's 30(b)(6) representative had to be rescheduled due to a close relative being diagnosed with COVID-19, which places him in an automatic quarantine until October 2, 2021. The parties are currently

1  negotiating a new date for that deposition, which will take place in or near Boise,
2  Idaho.

3  **IV.   CURRENT DEADLINES AND PROPOSED NEW DEADLINES**

| Event | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Close of Discovery Deadline | September 22, 2021 | **October 22, 2021** |
| Dispositive Motion Deadline | October 22, 2021 | **November 22, 2021** |
| Pretrial Disclosures / Order | November 22, 2021 | **December 22, 2021** |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

KAEMPFER CROWELL                         BALLARD SPAHR

_____          /s/ Joel E. Tasca
Peter C. Bernhard, No. 734               Joel E. Tasca, No. 14124
Robert McCoy, No. 9121                   1980 Festival Plaza Drive, Suite 900
Ellsie E. Lucero, No. 15272              Las Vegas, Nevada 89135
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135                  Attorney for Defendant
                                         Moneytree, Inc.
Attorneys for Plaintiff
METEJEMEI, LLC

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-22-2021