KAEMPFER CROWELL
Peter C. Bernhard, No. 734
Robert McCoy, No. 9121
Ellsie E. Lucero, No. 15272
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: pbernhard@kcnvlaw.com
Email: rmccoy@kcnvlaw.com
Email: elucero@kcnvlaw.com

Attorneys for Plaintiff METEJEMEI, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| METEJEMEI, LLC, an Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> MONEYTREE, INC., a Washington corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive; <br><br> Defendant(s). | Case No. 2:21-cv-00249-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(THIRD REQUEST)** |

Plaintiff METEJEMEI, LLC ("METEJEMEI") and defendant Moneytree, Inc. ("Moneytree") stipulate to extend the discovery deadline for an additional 30 days to complete the Rule 30(b)(6) depositions of the parties, pursuant to Fed. R. Civ. P. 26 as follows:

**I.    DISCOVERY COMPLETED**

     1.    A Scheduling Order was issued by the Court on March 23, 2021 under ECF No. 13.

2.      METEJEMEI made its initial disclosures on April 1, 2021 and supplemented those disclosures on September 21, 2021.

3.      Moneytree made its initial disclosures on March 22, 2021.

4.      METEJEMEI propounded a first set of document requests to Moneytree on July 21, 2021, to which Moneytree responded on August 30, 2021.

5.      METEJEMEI propounded a first set of interrogatories to Moneytree on July 28, 2021, to which Plaintiff responded on August 27, 2021.

6.      Moneytree propounded a first set of document requests to METEJEMEI on July 30, 2021, to which METEJEMEI responded on September 7, 2021.

7.      Moneytree propounded a first set of interrogatories to METEJEMEI on July 30, 2021, to which METEJEMEI responded on September 7, 2021.

## II.    DISCOVERY REMAINING

1.      Deposition of the 30(b)(6) Representative for METEJEMEI.

2.      Deposition of the 30(b)(6) Representative for Moneytree.

## III.    REASONS WHY DISCOVERY CANNOT BE COMPLETED

The deposition of METEJEMEI's 30(b)(6) representative was delayed due to health issues. The deposition of Moneytree's 30(b)(6) representative had to be rescheduled due to a close relative being diagnosed with COVID-19. The parties have discussed new dates for the depositions. The deposition of METEJEMEI's 30(b)(6) representative likely will be rescheduled for the last week of October. The deposition of Moneytree's 30(b)(6) representative likely will be rescheduled for the first week of November and will take place in or near Boise, Idaho.

## IV. CURRENT DEADLINES AND PROPOSED NEW DEADLINES

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery Deadline | October 22, 2021 | **November 22, 2021** |
| Dispositive Motion Deadline | November 22, 2021 | **December 22, 2021** |
| ~~Pretrial Disclosures / Order~~ Joint Pretrial Order | December 22, 2021 | **January 21, 2022** |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

KAEMPFER CROWELL

_____
Peter C. Bernhard, No. 734
Robert McCoy, No. 9121
Ellsie E. Lucero, No. 15272
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Plaintiff
METEJEMEI, LLC

BALLARD SPAHR

/s/ Joel E. Tasca
_____
Joel E. Tasca, No. 14124
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

Attorney for Defendant
Moneytree, Inc.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-22-2021

2963002_1  15800.9                                                     Page 3 of 3