```
 1  KAEMPFER CROWELL
    Peter C. Bernhard, No. 734
 2  Robert McCoy, No. 9121
    Ellsie E. Lucero, No. 15272
 3  1980 Festival Plaza Drive, Suite 650
    Las Vegas, Nevada 89135
 4  Telephone:  (702) 792-7000
    Facsimile:  (702) 796-7181
 5  Email: pbernhard@kcnvlaw.com
    Email: rmccoy@kcnvlaw.com
 6  Email: elucero@kcnvlaw.com
```

7  Attorneys for Plaintiff METEJEMEI, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| METEJEMEI, LLC, an Nevada limited liability company,<br><br>           Plaintiff,<br><br>vs.<br><br>MONEYTREE, INC., a Washington corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive;<br><br>           Defendant(s). | Case No. 2:21-cv-00249-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIFTH REQUEST)** |

Plaintiff METEJEMEI, LLC ("METEJEMEI") and defendant Moneytree, Inc. ("Moneytree") stipulate to extend the discovery deadline for an additional 30 days to complete the Rule 30(b)(6) depositions of the parties, pursuant to Fed. R. Civ. P. 26 as follows:

**I.     DISCOVERY COMPLETED**

1.     A Scheduling Order was issued by the Court on March 23, 2021 under ECF No. 13.

2. METEJEMEI made its initial disclosures on April 1, 2021 and supplemented those disclosures on September 21, 2021.

3. Moneytree made its initial disclosures on March 22, 2021.

4. METEJEMEI propounded a first set of document requests to Moneytree on July 21, 2021, to which Moneytree responded on August 30, 2021.

5. METEJEMEI propounded a first set of interrogatories to Moneytree on July 28, 2021, to which Plaintiff responded on August 27, 2021.

6. Moneytree propounded a first set of document requests to METEJEMEI on July 30, 2021, to which METEJEMEI responded on September 7, 2021.

7. Moneytree propounded a first set of interrogatories to METEJEMEI on July 30, 2021, to which METEJEMEI responded on September 7, 2021.

8. METEJEMEI made its first supplemental disclosure on September 21, 2021 and second supplemental disclosure on November 30, 2021.

9. METEJEMEI began its deposition of Moneytree's 30(b)(6) representative on November 16, 2021.

10. Moneytree began its deposition of METEJEMEI's 30(b)(6) representative on January 10, 2022.

## II.   DISCOVERY REMAINING

1. Completion of deposition of the 30(b)(6) representative for METEJEMEI.

2. Completion of deposition of the 30(b)(6) representative for Moneytree.

3. Moneytree's supplemental responses to METEJEMEI's discovery requests in light of this Court's order granting METEJEMEI's motion to compel.

### III. REASONS WHY DISCOVERY CANNOT BE COMPLETED

The parties have had difficulty completing the remaining two depositions, including the Rule 30(b)6) deposition of METEJEMEI. After the last extension the Court granted, that deposition was set for January 10, 2022. Over the weekend before that deposition, the parties' attorneys discovered an inadvertent error that led to a mutual misunderstanding concerning the topics that were the subject of that deposition notice, requiring the deposition be postponed.

Although the parties have since amicably resolved that issue, the attorneys' respective trial and hearing schedules have complicated rescheduling the deposition. Specifically, METEJEMEI's counsel had two different trials in the Eighth Judicial District Court—one this week and a second one scheduled for the entirety of next week.

### IV. CURRENT DEADLINES AND PROPOSED NEW DEADLINES

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery Deadline | January 28, 2022 | **February 28, 2022** |
| Dispositive Motion Deadline | February 28, 2022 | **March 30, 2022** |
| Pretrial Disclosures / Order | March 30, 2022 | **April 29, 2022** |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

### V. OTHER

The parties agree that this discovery extension will be for the issues identified in Section III above only and no new discovery requests will be served

3028283_1  15800.9

1  absent compelling circumstances.  To the extent additional discovery is needed, the

2  parties will meet and confer.

3  KAEMPFER CROWELL                                BALLARD SPAHR

4  
   _____              /s/ Joel E. Tasca
5  Peter C. Bernhard, No. 734                     Joel E. Tasca, No. 14124
   Robert McCoy, No. 9121                         1980 Festival Plaza Drive, Suite 900
6  Ellsie E. Lucero, No. 15272                    Las Vegas, Nevada 89135
   1980 Festival Plaza Drive, Suite 650
7  Las Vegas, Nevada 89135                        Attorney for Defendant
                                                  Moneytree, Inc.
8  Attorneys for Plaintiff
   METEJEMEI, LLC

9

10                              **ORDER**

11        IT IS SO ORDERED.

12                                                _____
13                                                UNITED STATES MAGISTRATE JUDGE

14                                                DATED:  1-24-2022