1  KAEMPFER CROWELL
   Peter C. Bernhard, No. 734
2  Robert McCoy, No. 9121
   Ellsie E. Lucero, No. 15272
3  1980 Festival Plaza Drive, Suite 650
   Las Vegas, Nevada 89135
4  Telephone:  (702) 792-7000
   Facsimile:  (702) 796-7181
5  Email: pbernhard@kcnvlaw.com
   Email: rmccoy@kcnvlaw.com
6  Email: elucero@kcnvlaw.com

7  Attorneys for Plaintiff METEJEMEI, LLC

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10 | METEJEMEI, LLC, an Nevada limited liability company, | Case No. 2:21-cv-00249-JCM-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| vs. | |
| MONEYTREE, INC., a Washington corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive; | **(FIRST REQUEST)** |
| Defendant(s). | |

18         Plaintiff METEJEMEI, LLC ("METEJEMEI") and defendant

19 Moneytree, Inc. ("Moneytree") stipulate to extend the dispositive motion deadline

20 for an additional 45 days to file dispositive motions, pursuant to Fed. R. Civ. P. 56(b)

21 as follows:

22 **I.     REASONS WHY AN EXTENSION IS NECESSARY**

23         The parties worked diligently in good faith to complete discovery.

24 They completed all necessary discovery, but have not yet received transcripts from

KAEMPFER
CROWELL      3105039_1  15800.9                                    Page 1 of 2

critical depositions that will be necessary to fully and properly brief summary judgment. In addition, the parties' counsel have several competing trial and pretrial deadlines in other cases. Given this, the parties agree that a 45-day extension is necessary to file dispositive motions.

## II. CURRENT DEADLINE AND PROPOSED NEW DEADLINE

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motion Deadline | April 29, 2022 | **June 13, 2022** |
| Pretrial Disclosures / Order | May 30, 2022 | **July 13, 2022** |

## III. OTHER

The deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

KAEMPFER CROWELL

_____
Peter C. Bernhard, No. 734
Robert McCoy, No. 9121
Ellsie E. Lucero, No. 15272
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Plaintiff
METEJEMEI, LLC

BALLARD SPAHR

/s/ Joel E. Tasca
_____
Joel E. Tasca, No. 14124
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

Attorney for Defendant
Moneytree, Inc.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-20-2022