**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| METEJEMEI, LLC, an Nevada limited liability company,<br><br>                    Plaintiff(s),<br><br>v.<br><br>MONEYTREE, INC., a Washington corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendant(s). | 2:21-cv-00249-JCM-VCF<br>**ORDER** |

Before the court is *Metejemei, LLC v. Moneytree, Inc.*, case number 2:21-cv-00249-JCM-VCF.

The court received a request from counsel to hold a hearing to clarify the ruling in ECF No. 33.

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing is scheduled for 11:00 AM, June 10, 2022.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

• Mute your sound prior to entering the hearing.

• Do not talk over one another.

1

1    • State your name prior to speaking for the record.

2    • Do not have others in the video screen or moving in the background.

3    • No recording of the hearing.

4    • No forwarding of any video conference invitations.

5    • Unauthorized users on the video conference will be removed.

6    For anyone who is not a party to the action, the call-in telephone number is (888) 273-3658, access

7    code: 3912597, and the phone must be on mute. The call must be made five minutes prior to the

8    hearing

9    time. The court will join the call and convene the proceedings. Recording of the proceedings is

10   prohibited.

11   DATED this 9th day of June 2022.

12   _____
     CAM FERENBACH
13   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25