AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

METEJEMEI, LLC,

        Plaintiff,

v.

MONEYTREE, INC.,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:21-cv-00249-JCM-VCF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that based on the Court's Order (ECF No. 52) granting Tenant's motion for summary judgment, the Clerk of Court enter judgment for MoneyTree, Inc. and close this case.



Date: March 31, 2023

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_