|   |   |   |
|---|---|---|
| 1 | KAEMPFER CROWELL | |
| 2 | Robert McCoy, No. 9121<br>Ellsie E. Lucero, No. 15272 | |
| 3 | 1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 | |
| 4 | Telephone: (702) 792-7000<br>Facsimile: (702) 796-7181 | |
| 5 | Email: rmccoy@kcnvlaw.com<br>Email: elucero@kcnvlaw.com | |
| 6 | Attorneys for Plaintiff METEJEMEI, LLC | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| METEJEMEI, LLC, an Nevada limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>MONEYTREE, INC., a Washington corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive;<br><br>    Defendant(s). | Case No. 2:21-cv-00249-JCM-VCF<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**<br><br>**(FIRST REQUEST)** |

Plaintiff METEJEMEI, LLC ("METEJEMEI") moves to extend the deadline for it to respond to Moneytree's Motion for Attorneys' Fees (ECF No. 54) and Bill of Costs (ECF No. 55) by one week, from April 26, 2023 to May 3, 2023. Moneytree's counsel does not oppose this request and graciously stated by email that he has no objection to this extension to accommodate these conflicts.

1   This is the first extension sought in connection with this deadline.
2   METEJEMEI seeks this modest extension because of extensive scheduling
3   conflicts for its counsel over the past several weeks.

KAEMPFER CROWELL

*/s/ Robert McCoy*

Robert McCoy, No. 9121
Ellsie E. Lucero, No. 15272
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Plaintiff
METEJEMEI, LLC

**ORDER**

IT IS SO ORDERED.

*/s/ James C. Mahan*

UNITED STATES DISTRICT JUDGE

DATED: April 27, 2023

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell and that service of the **UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** was made on today's date by submitting electronically for filing and service with the United States District Court for the District of Nevada through the PACER Electronic Filing System to the addressee(s) shown below:

Joel E. Tasca, No. 14124
BALLARD SPAHR
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
tasca@ballardspahr.com

Attorney for Defendant
Moneytree, Inc.

DATED April 26, 2023

Jennifer Martinez
An employee of Kaempfer Crowell